No. 100.   WILLIAMS ET AL. *v.* GREEN BAY & WESTERN RAILROAD Co.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.   *Mr. Milton Pollack* for petitioners.   *Mr. Wm. Lloyd Kitchel* for respondent.   147 F. 2d 777.

No. 142.   AMERICAN SURETY Co. *v.* SAMPSELL, TRUSTEE IN BANKRUPTCY.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.   *Mr. William C. Mathes* for petitioner. *Mr. Thomas S. Tobin* for respondent.

No. 198.   M. KRAUS & BROS., INC. *v.* UNITED STATES. October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.   *Mr. Thomas Turner Cooke* for petitioner.   *Acting Solicitor General Judson, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

Nos. 278 and 281.   RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD Co. ET AL.;

No. 279.   RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* DENVER & SALT LAKE WESTERN RAILROAD Co. ET AL.;

No. 280.   RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* CITY BANK FARMERS TRUST Co., TRUSTEE, ET AL.; and

No. 282.   RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* THOMPSON, TRUSTEE, ET AL.   October 8, 1945.   Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted.   *Acting Solicitor General Judson, Messrs. John W. Davis, Edwin S. S. Sunderland, James L. Homire, Thomas O'G. FitzGibbon, Judson C.*